Case 4:15-cv-02736   Document 22   Filed in TXSD on 07/19/16   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 19, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT STREET, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:15-CV-2736 |
| § | |
| MAVERICK TUBE CORPORATION; dba § | |
| TENARIS BAY CITY, INC., § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

The Court has reviewed the Memorandum and Recommendation (Instrument No. 19) signed by Magistrate Judge Mary Milloy on June 17, 2016, regarding **Instrument 12**. Plaintiff timely filed objections. The Court has reviewed the Memorandum and Recommendation and objections and made a de novo review of the Magistrate Judge's recommended dispositions to which objections were raised, Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *McLeod, Alexander, Powel & Apffel P.C. v. Quarles*, 925 F.2d 853, 855 (5th Cir. 1991), and after consideration of the applicable law, is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore ORDERED, ADJUDGED and DECREED that United States Magistrate Judge Milloy's Memorandum and Recommendation is hereby adopted by this Court.

Accordingly, the Court finds that Defendant's motion to dismiss Plaintiff's claims for discrimination, wrongful termination, fraudulent misrepresentation, slander, and tortious interference with a contract are **GRANTED**, and that Defendant's motion to dismiss Plaintiff's claim for retaliation is **DENIED**. As to the fraud claim only, Plaintiff is **GRANTED** leave to

file an amended complaint and may re-plead the fraud claim within ten days from the date of this Order.

The Clerk shall enter this Order and provide all parties with a true copy.
SIGNED on this the 19th day of July, 2016, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE